```
CLIFFORD LELIKONA PARKER
CTF - Central B-226U
P.O. Box 689
Soledad, CA 93960-0689
CDCR #J-43369

Petitioner in pro se
```

**ORIGINAL**

**FILED**
AUG 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

**E-filing** NORTHERN DISTRICT OF CALIFORNIA

SBA

| | |
|---|---|
| Clifford Lelikona Parker,<br>CDCR #J-43369,<br><br>                Petitioner,<br><br>   v.<br><br>BEN CURRY, Warden,<br>California Training Facility,<br><br>                Respondent. | Case No. C 07 4215 (PR)<br><br>EX PARTE<br>MOTION TO MODIFY<br>HABEAS PETITION<br>FORM<br><br>[28 U.S.C. §2254] |

Petitioner, CLIFFORD LELIKONA PARKER, in the above action moves this Honorable Court for permission to file his Petition for Writ of Habeas Corpus in a modified format. His declaration in support follows.

Dated: Aug. 8, 2007.

Respectfully submitted,

*/s/ Clifford Lelikona Parker*
CLIFFORD LELIKONA PARKER
Petitioner In Pro Se

- 1 -

## DECLARATION OF PETITIONER CLIFFORD L. PARKER

I, CLIFFORD L. PARKER, declare:

1. I am the petitioner in the habeas corpus action entitled PARKER V. CURRY, Case No. _____, being filed with this Court;

2. I have moved for permission to file a Petition for Writ of Habeas Corpus in a format slightly modified from the Court's standard form;

3. I have been proceeding in pro se to this point, but in the proceedings of this modified format, I have elicited the support of an experienced paralegal to research and format this pleading;

4. Although normally indigent pro se inmates are required to use the court's standard habeas forms, the habeas form anticipates that the inmate is collaterally attacking the original conviction, and is confusing and limiting for claims challenging the parole board or other administrative agency decisions;

5. The requirements that prompt use of a form is the information sought by the courts;

6. I am asking permission to file my Petition following the court's informational format but in a modified format that closely parallels the format required when attorneys file on behalf of the inmate;

7. I believe the modified format will allow me to meet the court's information requirements as well as to meet my need to make the most accurate presentation of my cognizable claims as reasonably possible; after all, it is my most fundamental liberty interests at stake here.

8. I believe the Court will find that the modified format comports with all judicial requirements and enhances the clarity of my claims for the court's convenience.

1    SWORN TO UNDER PENALTY OF PERJURY, by the laws of the United States
2 , at Soledad, California, this 8th day of August, 2007.

                                Respectfully submitted,

                                *Clifford L. Parker*
                                Clifford L. Parker
                                Petitioner In Pro Se

8 //
9 //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

# PROOF OF SERVICE BY MAIL
## BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, __Clifford Lelikona Parker__, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

    __Clifford L. Parker__, CDCR #: __J-43369__
    CORRECTIONAL TRAINING FACILITY
    P.O. BOX 689, CELL #: __B-226U__
    SOLEDAD, CA 93960-0689.

On __August 8, 2007__, I served the attached:

---

**"EX PARTE MOTION TO MODIFY HABEAS PETITION FORM"**

---

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**OFFICE OF THE ATTORNEY GENERAL**
Attn: Supervising Deputy A.G.
455 Golden Gate Ave. Suite #11000
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on __August 8, 2007__.

                                              _/s/ Clifford L. Parker_
                                              Declarant