CLIFFORD LELIKONA PARKER  J-43369
CTF Central B-226U
P.O. Box 689
Soledad, CA 93960-0689

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102-3483

LEGAL-MAIL