# EXHIBIT "F"

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
PAROLE CONSIDERATION HEARING
JULY 2000 LIFER CALENDAR

CORRECTIONAL TRAINING FACILITY, SOLEDAD
JUNE 2, 2000

This is a psychological evaluation for the Board of Prison Terms on inmate Clifford Parker, CDC# J-43369. This report is the product of a personal interview, conducted on 06/02/00, as well as a review of his Central file and unit health record. This interview was a single contact with this individual for the sole purpose of preparing this report.

## PSYCHOSOCIAL ASSESSMENT

I. IDENTIFYING INFORMATION:

Inmate Parker is a 33-year-old, single, Caucasian/Hawaiian male. His date of birth is 11/25/66. He stated his religion is Protestant. There were no unusual physical characteristics noted and he denied any history of aliases. In the past, he has gone by the nickname of "Kalepo", which is Hawaiian for Clifford.

II. DEVELOPMENTAL HISTORY:

He denied any history of birth defects or abnormalities of developmental milestones, a history of cruelty to animals, a history of arson, any significant childhood medical history, or a childhood history of physical or sexual abuse as either a perpetrator or a victim.

III. EDUCATIONAL HISTORY:

Educationally, inmate Parker dropped out of school in the tenth grade. He eventually achieved a GED during his incarceration period. He has not had any vocational training, although he is on the waiting list for data processing.

IV. FAMILY HISTORY:

Both of his parents are still alive. His mother is 59 and his father is 61. He has frequent contact with

PARKER        J-43369        CTF-CENTRAL        06/02/00        gmj

PARKER, CLIFFORD
CDC NUMBER:  J-43369
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO

them by telephone.  He has five siblings whom he remains in contact with.  Asked the nature of his relationship with his family, he said, "I love all of them."  One of his brothers is currently incarcerated, and one brother had at least one DUI in the past.  No other family members have ever had any significant psychiatric, substance abuse or legal problems.

V.  PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:

Inmate Parker stated that he is a heterosexual male.  He denied any history of sexual aggression.

VI.  MARITAL HISTORY:

Inmate Parker has never been married and has no children.

VII.  MILITARY HISTORY:

The inmate denied any military history.

VIII. EMPLOYMENT AND INCOME HISTORY:

In the past, he has been employed doing cabinet work, manual labor and delivery work, his most recent job being at the Alameda Naval Air Station.  When he paroles, he hopes to attend school to study business management.  He has been offered jobs with his father, as well as a job with the City of Martinez.

IX.  SUBSTANCE ABUSE HISTORY:

Inmate Parker denied any significant substance abuse or alcohol history.  He acknowledged past usage of marijuana, but stated that he did not use it abusively.  He did attend some Alcoholics Anonymous meetings in the past, but does not attend currently.

X.  PSYCHIATRIC AND MEDICAL HISTORY:

Inmate Parker denied any history of hospitalizations, any psychiatric history, a history of serious accidents or head injuries, a history of suicidal behavior, or a history of seizures or other neurological conditions.

PARKER, CLIFFORD
CDC NUMBER: J-43369
BPT PSYCHOLOGICAL EVALUATION
PAGE THREE

XI. PLANS IF GRANTED RELEASE:

When he paroles, he hopes to live with his parents. Given the information he provided to me, it would appear his parole plans are quite viable and his prognosis for community living (especially with his family support) is quite positive.

CLINICAL ASSESSMENT

XII. CURRENT MENTAL STATUS/TREATMENT NEEDS:

Inmate Parker appeared his stated age. He was appropriately dressed and groomed. He was coherent, cooperative, calm and alert. His speech, flow of thought and affect were all within the normal range. His intellectual functioning was estimated to be broadly within the average range. There was no evidence of a mood or thought disorder. His judgment appeared to be sound. His insight into his commitment offense was difficult to assess, as he stated that he would be unable to talk about his case due to current legal concerns.

CURRENT DIAGNOSTIC IMPRESSIONS:

AXIS I:    No Contributory Clinical Disorder.
AXIS II:   No Contributory Personality Disorder.
AXIS V:    GAF = 85.

His prognosis is positive for being able to maintain his current mental state in the community upon parole.

XIII. REVIEW OF LIFE CRIME:

As mentioned above, inmate Parker politely declined to talk about his commitment offense, as his case is still pending in the courts.

XIV. ASSESSMENT OF DANGEROUSNESS:

A. In consideration of several factors, including his lack of any criminal history and his lack of a violent criminal history, his lack of any CDC-115 violations and his lack of any violent CDC-115

PARKER        J-43369        CTF-CENTRAL        06/02/00        gmj

PARKER, CLIFFORD
CDC NUMBER: J-43369
BPT PSYCHOLOGICAL EVALUATION
PAGE FOUR

    violations (he has one CDC-128-A), his violence potential within a controlled setting is estimated to be significantly below average relative to this Level II inmate population.

  B.  If released to the community, his violence potential is somewhat unpredictable at this time. However, given his criminal history and his lack of CDC-115 violations, it would appear that his violence potential is no more than the average citizen in the community.

  C.  There are no significant risk factors which would be precursors to violence for this inmate.

XV. CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:

  A.  This inmate is competent and responsible for his behavior. He has the capacity to abide by institutional standards and has generally done so during his incarceration period.

  B.  This inmate does not have a mental health disorder which would necessitate treatment either during his incarceration period or following parole.

  C.  It does not appear this man ever had a significant drug or alcohol problem, and therefore there are no recommendations in this area.

STEVEN J. TERRINI, Ph.D.
Senior Supervising Psychologist
Correctional Training Facility, Soledad

SJT/gmj

d: 06/01/00
t: 06/02/00

INMATE COPY

# MULE CREEK STATE PRISON
### Ione, California

## BOARD OF PRISON TERMS PSYCHOLOGICAL EVALUATION
*FOR THE CALENDAR MONTH OF JULY, 1998*

### IDENTIFYING INFORMATION
This is psychological evaluation for the Board of Prison Terms concerning Clifford Parker, a 31-year-old (DOB: 11-25-66) Hawaiian male serving a term of 7-years-to-life for Kidnapping and Robbery.

### SOURCES OF INFORMATION
The following report is based upon review of the inmate's Central File, Unit Health Record, and a single 20-minute semi-structured clinical assessment interview conducted on 05-25-98.

### BACKGROUND INFORMATION
The inmate declined to give a detailed history due to a current legal appeal. He did report he has been incarcerated since July 1992.

### SUBSTANCE ABUSE HISTORY
The inmate denied a drug or alcohol history. However, his records indicated that he may have had an alcohol problem.

### MENTAL STATUS EXAMINATION
The inmate was alert and cooperative throughout the examination. No symptoms of major mental illness were noted. He has never been married and does not have any children.

### DIAGNOSTIC IMPRESSIONS
| | | |
|---|---|---|
| Axis I | V71.01 | Adult Antisocial Behavior. |
| | 291.9 | R/O Alcohol-Related Disorder NOS. |
| Axis II | 301.9 | R/O Personality Disorder NOS. |
| Axis III | | Deferred. |
| Axis IV | | Incarceration. |
| Axis V | | Global Assessment of Functioning (GAF) = 82. |

### CURRENT DEVELOPMENTS/PROGRESS
The inmate reported he has remained disciplinary free since the last hearing. He has been involved in a number of self-help programs including Seven Habits of Effective People and Framework for Recovery. He has received his GED. He has been working as a clerk in the high

PARKER, Clifford        J-43369        05-25-98
BOARD OF PRISON TERMS EVALUATION

school classroom. He attends church regularly and is involved in Bible study. He has participated in the production of a dance video. When released, he plans to live with his parents. His father owns his own business and the inmate will be able to work with him. He would like to continue his education.

The inmate has visitation from his mother and sisters occasionally. His girlfriend visits almost every week. He is planning to attend AA during the balance of his incarceration.

## *CLINICAL ISSUES TO BE DEALT WITH DURING INCARCERATION*

The inmate may have had a substance abuse problem including the use of alcohol. He should be involved in the AA program as this will help with any substance abuse problems as well providing him a method to improve his interpersonal relationships. He should continue working and taking as many self-help classes as possible.

## *RECOMMENDATIONS*

Until the inmate is considered ready for release to the community, he should continue in his present program as continued benefit is likely.

RANDY E. STOTLAND, Ph.D.
Contract Psychologist

RES:je


Orig: C-File
 cc: Med. File
     C & PR
     BPT
     CC I
     Inmate

PARKER, Clifford                J-43369                    05-25-98
BOARD OF PRISON TERMS EVALUATION

1

# MULE CREEK STATE PRISON
Ione, California

## BOARD OF PRISON TERMS PSYCHOLOGICAL EVALUATION

This is a 29-year-old of Hawaiian extraction, who is single and is currently serving a seven-year-to-life sentence for the offense of kidnap and robbery.

Upon arrival for this examination, Inmate Parker courteously and respectfully declined to participate in the examination stating that his case was on appeal and that his attorney advised him not to discuss his case with anyone.

There do not appear to be issues of psychopathology or mental health concerns surrounding this inmate. There's a recent report in 1994 by Dr. Foster that specifies absence of psychopathology.

I recommend that this inmate be rescheduled for a psychological/psychiatric evaluation for the next Board of Prison Terms hearing following the appeal process.

_____
W. J. WHITE, PSY. D.
Senior Psychologist

WJW:tvd

Orig: C-File
  cc: Med. File
      C & PR
      BPT
      (Inmate)

PARKER, Clifford J43369 **BOARD OF PRISON TERMS EVALUATION**    5/15/96