# EXHIBIT "G"

# Chronos & Certificates

# Certificate Of Achievement

*Awarded To*

## Clifford Lelikona Parker

*On this Sunday, February 6, 2005 for faithfully completing 12 weeks of prescribed studies in the*

# Christian Basics Class

He has acquired life application principles and has demonstrated an interest in learning of the fundamentals of the Christian faith including:

✛ The Word of God    ✛ Salvation    ✛ God's Grace    ✛ Prayer

_____
Michael Bakke, Education Deacon

_____
Judge C. Lindsey, Protestant Chaplain

_____
David Ewart, Head Deacon

# Valley Adult School

## Certificate Of Completion

awards a

### Intro. To Business (Semester 1)

IN

TO

*C. Parker*

CERTIFICATE NUMBER: 0606-015

INSTRUCTOR: Joseph W. Kingston

6/5/06



Supervisor of Academic Instruction

Mr. K. Kessler, Vice Principal (A)

Supervisor of Education

G. Atchley, Principal





# Valley Adult School

## Certificate Of Completion

awards a

### Intro. To Business (Semester 2)

IN

TO

**C. Parker**

CERTIFICATE NUMBER: 0606-016

INSTRUCTOR: Joseph W. Kingston

6/5/06

Supervisor of Academic Instruction

Mr. K. Kessler, Vice Principal (A)

Supervisor of Education

G. Atchley, Principal

# Valley Adult School

## Certificate Of Completion

Awards a

### Entrepreneurship

IN

## C. Parker

TO

CERTIFICATE NUMBER: 0610-013

INSTRUCTOR: Joseph W. Kingston

10/13/06



J. Dreiger, Vice Principal
Supervisor of Academic Instruction

G. Atchley, Principal
Supervisor of Education

# CRIMINON

"There is no person alive who cannot make a new beginning."

— The Way to Happiness

*Does hereby certify that*

## Clifford Belikona Parker

*Was satisfactorily attained the requirements necessary and is hereby awarded a Certificate of Completion of*

## The Personal Integrity Course

This ____12____ day of ____Dec____ 20 ____2006____    Certificate # ____1719____

____Mary J.____
Extension Course Supervisor

____Bob Veach____
**CRIMINON** Executive Director

Trademark 2000
CRIMINON® is a TRADEMARK owned
by The Association For Better Living
And Education and is used with its permission

The Way To Happiness is a Trademark owned by
The L. Ron Hubbard Library and is used with its permission
© 2000 The Way To Happiness Foundation
All Rights Reserved · Printed in USA





# THE MARRIAGE RELATIONSHIP

This is to certify that

**PARKER, J43369**

has successfully completed a five-session course on Loving a Wife with God in "The Marriage Relationship"

Presented this 14th day of November, 2006.

Robert Barrasa, Instructor

Chaplain Judge C. Lindsey
Correctional Training Facility - Central

# Certificate of Achievement

Awarded To:

## Clifford Lelikona Parker

*On this Friday October 6, 2006 for continuously achieving the Marketable Skills necessary for:*



**Meat Cutting / Shipping & Handling**

*Mr. Parker has acquired the necessary skills to obtain respectable employment upon release. He should be able to benefit from his marketable skills in the Meat Cutting and Shipping & Handling Business*



L. Rodriguez, CSC
Correctional Supervising Cook
Butcher Shop

W. Rogers, SCC
Supervising Correctional Cook
Central Facility

# Certificate of Participation

## WE HEREBY COMMEND

CLIFFORD   PARKER

for participation in

SELF-ESTEEM GROUP THERAPY

and award this certificate.

CTF-CENTRAL                    this _____ 19TH _____ day

Awarded at _____

of _____ JUNE _____    20 _____ 06

DOROTHY L. WOODS MD
PSYCHIATRIST

# Certificate Of Completion

*Awarded To*

## Clifford Parker

*On this Thursday, December 22, 2005, for faithfully completing 12 weeks of prescribed studies in the class for:*

# ANGER MANAGEMENT

He has acquired life skills based on Christian principles taken from Scripture.
These skills will help him to handle anger in all forms.
He has mastered the 13-step interactive program.
He is to be congratulated for his outstanding effort in this course.

_David Ewart_
**David Ewart, Instructor**

_Judge C. Lindsey_
**Judge C. Lindsey, Protestant Chaplain**

# Valley Adult School

## Certificate Of Completion

awards a

### Real Estate Principles & Practices

IN

TO

## C. Parker

CERTIFICATE NUMBER: _____

0509-028

INSTRUCTOR: _____

Joseph W. Kingston
9/26/05

Mr. M. Abdul-Mateen S.A.I.
Supervisor of Academic Instruction

G. Atchley S.C.E.P.
Supervisor of Education

STATE OF CALIFORNIA
CDC 128-E(Rev. 10/98)

# EDUCATION PROGRESS REPORT

DEPARTMENT OF CORRECTIONS

| BEHAVIOR/ASSESSMENT | | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|---|
| Adaptability | S | U | Vocational Title | | |
| Conduct | S | U | Academic | | |
| Cooperation | S | U | Adult High School | | |
| Dependability | S | U | General Education Development | | 0 |
| Initiative | S | U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

### Real Estate Principles & Practices

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 06/22/2004 | N/A | N/A | N/A |

COMMENTS SPECIFIC TO COURSE: Inmate Parker has completed the Business Education Course Real Estate Principles & Practices and is to be commended for his outstanding efforts and diligent work. This is an in-cell-study program for self-improvement. Congratulations Mr. Parker, keep up the good work!

Lesson Average:  100
Unit Average:  N/A
Final Exam:  99
Course Average:  99
Grade:  A
Credits:  5

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER(PRINT NAME AND SIGN) | SUPERVISOR REVIEW |
|---|---|---|---|
| 09 26 2005 | A+ | J. Kingston  *J. Kingston* | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| C. Parker | J-43369 | CTF-C |

**DISTRIBUTION:** White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

# The School of Home Inspection

## PROFESSIONAL CAREER DEVELOPMENT INSTITUTE

In recognition of completion of the Prescribed Course

### The Professional Home Inspection Program

this Diploma is hereby awarded to

**Clifford LeliKona Parker**

In testimony whereof, this Diploma has been conferred in Atlanta, Georgia, whereupon the undersigned have affixed their names on this day

*March 25, 2004*



Richard H. Knox
President,
Professional Career
Development Institute

Joe McCutchan
President,
The School of
Home Inspection



# PROFESSIONAL CAREER DEVELOPMENT INSTITUTE

430 Technology Parkway · Norcross, Georgia 30092 · 800-224-7234 · www.pcdi.com

## OFFICIAL STUDENT TRANSCRIPT

Student number: P0301232

Graduated on 3/25/04 with a grade of: 98%

CLIFFORD PARKER
BOX 689 B-226 U
SOLEDAD, CA 93960

The School of Home Inspection
THE PROFESSIONAL HOME INSPECTION PROGRAM
-------------------------------------------------------

| | | | |
|---|---|---|---|
| 1 | THE INSPECTION PROCESS | 8/08/03 | 100% |
| 2 | INSECTS, ATTICS | 8/15/03 | 100% |
| 3 | SIDING, DOORS, WINDOWS | 8/22/03 | 100% |
| 4 | ROOFS | 8/23/03 | 100% |
| 5 | FOUNDATION,DECKS,LOTS,LANDSCAP | 9/18/03 | 100% |
| 6 | GARAGES AND PAVED AREAS | 9/26/03 | 100% |
| 7 | BASEMENTS AND CRAWL SPACES | 11/04/03 | 100% |
| 8 | ELECTRICAL SERVICE | 12/02/03 | 100% |
| 9 | UTILITY ROOM APPLIANCES | 12/02/03 | 95% |
| 10 | INTRODUCTION TO HVAC SYSTEMS | 12/05/03 | 100% |
| 11 | INSPECTING HEATING SYSTEMS | 12/05/03 | 95% |
| 12 | AIR CONDITIONING SYSTEMS | 12/11/03 | 100% |
| 13 | KITCHENS, BATHROOMS,& OTHER RM | 1/20/04 | 100% |
| 14 | PLUMBING | 1/20/04 | 90% |
| 15 | ENERGY & ENVIRONMENTAL ISSUES | 1/20/04 | 95% |

End of Transcript

*Lee McCutchan*

School President

The following point totals correspond to the following grades:

| 97 - 100 A+ | 86 - 89 B+ | 76 - 79 C+ |
|---|---|---|
| 92 - 96 A | 82 - 85 B | 72 - 75 C |
| 90 - 91 A- | 80 - 81 B- | 70 - 71 C- |

As of: 4/07/04

## Nationally Accredited Member, Distance Education & Training Council



State of California

High School Equivalency Certificate

This is to certify that

CLIFFORD L. PARKER

has met the standards established by the California State Board of Education for successful completion of the tests of General Educational Development and is therefore entitled to this High School Equivalency Certificate.

December 19, 1994

Marion Mc...
President of the California State Board of Education

President, Superintendent of Public Instruction

# Emergency Management Institute



## FEMA

### CLIFFORD PARKER

has reaffirmed through completion of the Emergency Management Institute's Professional Development Series a commitment to Standards of Excellence in Emergency Management.

## Certificate of Achievement

On this Day, 10 February 2005

Superi ꞌ nt
Emergency Management Institute

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

### CLIFFORD PARKER

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

### IS-208
### State Disaster Management

*Issued this 27th Day of April, 2005*

**Stephen G. Sharro**
*Director, Training Division*

1.0 CEU

# Certificate of Completion

Presented to:

## Clifford Parker

For the successful completion of the Dr. Thomas Gordon's
Family Effectiveness Training/Parenting in the Home
Anger Management Course

Presented on this day, February 24, 2005

R. Caunley
Facilitator



# Certificate of Completion

Who has successfully completed thirteen (13) weeks in

**The Impact Program**

is hereby commended for this endeavor to increase his awareness
and empathy for the survivors of crime.

Presented this 16th day of October, 2003, in the City of Soledad,
County of Monterey, California

M.V. Guerra,
Facility Captain
Correctional Training Facility

J. Hamlet,
Warden
Correctional Training Facility



# Certificate of Achievement

THIS CERTIFICATE IS
AWARDED TO

## Kalipo Parker

FOR SUCCESSFULLY COMPLETING
"FRAMEWORK FOR RECOVERY"



August 12, 1997

(Ms.) I. C. Haunani Henry
Warden

M. Merritt, CCII
Program Specialist



# Certificate of Achievement

THIS CERTIFICATE IS

AWARDED TO

## Kalipo Parker

FOR SUCCESSFULLY COMPLETING

"SEVEN HABITS OF HIGHLY
EFFECTIVE PEOPLE"

August 12, 1997

(Ms.) I. C. Haunani Henry
Warden

M. Merritt, CCII
Program Specialist



# Innate Peer Education Program

This is to certify that

## C. PARKER

has successfully completed a
course of instruction in

### Hepatitis

an "Infectious Disease". Date: **4/14/04**

Inmate Peer Education Program Coordinator
Correctional Training Facility

**C-3946**
Certificate Number



# Inmate Peer Education Program

This is to certify that

**C. PARKER**

has successfully completed a
course of instruction in

**HIV/AIDS**

an "Infectious Disease". Date: **3/24/04**

Inmate Peer Education Program Coordinator
Correctional Training Facility

**C-3905**

Certificate Number

# Inmate Peer Education Program



This is to certify that

## C. PARKER

has successfully completed a
course of instruction in

### Tuberculosis

an "Infectious Disease." Date: _____ 10/25/99



Inmate Peer Education Program Coordinator
Correctional Training Facility

C0373

Certificate Number

# Inmate Peer Education Program

This is to certify that

## C. PARKER

has successfully completed a
course of instruction in

## Sexually Transmitted Infections

an "Infectious Disease." Date: **11/18/99**



Inmate Peer Education Program Coordinator
Correctional Training Facility

**C0450**

Certificate Number



THE WARDEN'S
COMMUNITY SERVICE AWARD
IS PRESENTED TO

*CLIFFORD PARKER*

The Correctional Training Facility (CTF), on behalf of the Warden and his staff, are proud to present this Community Service Award for outstanding dedication and service to the CTF Children's Holiday Festival. This award is being presented in recognition of the many hours of service, teamwork and coordination rendered on behalf of this event. The CTF Administration appreciates the exceptional level of professionalism and volunteer commitment to this community effort.

This award is hereby bestowed upon *Clifford Parker, MAC Member,* this Sixteenth Day of December, in the year 2001, at Soledad, California, in the County of Monterey.

Jose Solis
Chief Deputy Warden – Central
Correctional Training Facility

Jill Brown
Chief Deputy Warden – North
Correctional Training Facility

Jim Hamlet, Warden
Correctional Training Facility

# COMMUNITY SERVICE AWARD
## IS PRESENTED TO

### *Clifford Parker, MAC Member*

The Correctional Training Facility (CTF), Community Resource Manager is honored to present this Certificate of Appreciation for Outstanding dedication and contribution to the prisoners' children and victim's services non profit organizations. Your varied support and commitment displays an unwavering concern for these families. It offers them hope and an opportunity for a new life, free of violence and abuse. This certificate is a token of our appreciation for your generosity and many efforts in providing many children to service, and doing a great work for our Community. You have made a wonderful contribution to many children that need help now.

On behalf of those you've help save, and those you continue to reach out to, you have our most sincerest and deepest gratitude. *Thank you.*

B. T. Fumaono
Children's Holiday Festival Director
Correctional Training Facility

Jerry Smith
Community Resource Manager
Correctional Training Facility

H. L. Finney
Children's Holiday Festival Assist. Director
Correctional Training Facility

December 15, 2001

# CORRECTIONAL TRAINING FACILITY

## ANNUAL CHILDREN'S CHRISTMAS FESTIVAL 2001

### *CLIFFORD PARKER*

This Certificate is to give recognition to the above named individual for outstanding service, integrity, and personal commitment in the performance of his duties while participating in the CTF-North Facility Annual Children's Christmas Festival.

This Certificate also reflects the dedication, sincerity and positive approach that was given to this Annual Project, which was put together through the limited resources available to the participants who undertook this project, maintaining a working relationship between all participants involved, staff and Inmate Families alike.

*For your unselfish efforts, we commend you for your positive enthusiasm and for a job well done!*

J. SELVIDGE
FESTIVAL CO SPONSOR

J. HAMLET, WARDEN
CORRECTIONAL TRAINING FACILITY

B. CRAWFORD
FESTIVAL CO-SPONSOR

# Clifford Lelikona Parker

Many of our children are in need of both family support and someone responsible who cares about their future. It gives us great pleasure to commend Clifford Lelikona Parker for his generous contribution to the 2001 Annual Children's Holiday Festival. It is important that we acknowledge honesty, open-mindedness and a willingness to give to others in a time of need. Your support demonstrates that we can touch the hearts of children by giving from our hearts.



B. Crawford, CC II
Children's Holiday Festival Co-Sponsor
Correctional Training Facility

J. Selvidge, CC II
Children's Holiday Festival Sponsor
Correctional Training Facility

# COMMUNITY PARTNER FOR KIDS

### Certificate of Support

presented to

# Mens Advisory Council

CALIFORNIA TRAINING FACILITY, SOLEDAD

California Department of Corrections

by the

# Boys & Girls Clubs of the Salinas Valley

for your outstanding commitment to building good citizens and productive adults

through the neighborhood-based

*Positive Place For Kids*

April 2001

Salinas, California

A United Way Agency

**BOYS & GIRLS CLUBS**
**OF THE SALINAS VALLEY**

Chief Volunteer Officer

Chief Professional Officer

Sherwood School Unit Director



# CRIMINON

"There is no person alive who cannot make a new beginning."

– *The Way to Happiness*

*Does hereby certify that*

## Clifford Belikona Parker

*Has satisfactorily attained the requirements necessary and is hereby awarded a Certificate of Completion of*

## The Way To Happiness Course

This _08_ day of _Dec._ 20 _04_     Certificate # _8073_

*Mary J.*
Extension Course Supervisor

*Bob Veach*
**CRIMINON** Executive Director

Trademark 2000
CRIMINON® is a TRADEMARK owned
by The Association For Better Living
And Education and is used with its permission

The Way To Happiness is a Trademark owned by
The L. Ron Hubbard Library and is used with its permission
© 2000 The Way To Happiness Foundation
All Rights Reserved. · Printed in USA



# Certificate of Baptism

*This certifies that*

**Kalipa Parker**

*upon the confession of faith has been baptized*

*And is hereby awarded this certificate*

*on this* thirteenth *day of* May 19 98

MULE CREEK PROTESTANT CHAPEL • IONE, CALIFORNIA

Protestant Chaplain

Religious Volunteer

# Central Protestant Chapel

## Certificate Of Appreciation

### TO

*Clifford L. Parker J-43369*

For his outstanding work in preparation for the Central Protestant Chapel's Annual Christmas Banquet held on December 16, 2004.

PRESENTED ON THE 20TH DAY OF FEBRUARY 2005.

AWARDS-A

Judge C. Lindsey
Protestant Chaplain
Correctional Training Facility

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Clifford Lelikona Parker

HAS SUCCESSFULLY COMPLETED

### GREAT TRUTHS OF THE BIBLE

**Crossroad**
BIBLE INSTITUTE

EXCELLENCE

Dr. David Schuringa
President, Crossroad Bible Institute

May 10, 2005

Date



# Clifford

*For all your help in making our Easter Celebration a wonderful day in Jesus. Your labor is not in vain!!*

Thursday,
April 22, 2004

Rev. Judge G. Lindsey
Protestant Chaplain





 PRISON
FELLOWSHIP®
*Ministries*

In recognition of participation in the seminar,

# BOUNDARIES

**PARKER**

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10–11 New Century Version

Charles W. Colson _____ Instructor

Chaplain _____ Date 6/11/05

# Certificate of Attendance

CLIFFORD PARKER
(name)

## Six Hour Seminar
## SEXUAL PURITY

**American Cultural Trends**
**Biblical Standards of Sexual Conduct**
**Restoration**
**Healing**
**Reconciliation**
**Principles and Resources of Self Control**

FEBRUARY 12, 2005
(date)

Presented by:
**Robert Daniels**
Author: "The War Within...."



# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-001**

**Emergency Program Manager**
**An Orientation to the Position**

*Issued this 26th Day of July, 2004*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-002**
**Emergency Preparedness, USA**

*Issued this 19th Day of April, 2004*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

## EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**IS-003**
**Radiological Emergency Management**

*Issued this 12th Day of April, 2004*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

**UNITED STATES FIRE ADMINISTRATION**

## EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**IS-005**
**Hazardous Materials - A Citizen's Orientation**

*Issued this 26th Day of July, 2004*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

**UNITED STATES FIRE ADMINISTRATION**

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-008**
**Building for the Earthquakes of Tomorrow**

*Issued this 16th Day of April, 2004*

1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

**UNITED STATES FIRE ADMINISTRATION**

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-010**
**Animals in Disaster, Awareness and Preparedness**

*Issued this 12th Day of July, 2004*

1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

**UNITED STATES FIRE ADMINISTRATION**



## EMERGENCY MANAGEMENT INSTITUTE

### *Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-011**

**Animals in Disaster: Community Planning**

*Issued this 19th Day of April, 2004*

1.00 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

## EMERGENCY MANAGEMENT INSTITUTE

### *Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-111**

**Livestock in Disaster**

*Issued this 24th Day of June, 2004*

1.00 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

**NAME and NUMBER**      **PARKER**                    **J43369**            **BW-226U**

Inmate **PARKER**, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays ' een 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG : CENTRAL FILE
cc : INMATE PARKER
: SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

DATE   12-30-2005       *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*       INFORMATIVE CHRONO

---

NAME and NUMBER      PARKER         J43369      BW226U            CDC-128-B (Rev. 4/74)

I, hereby, would like to thank you, on behalf of the Central Facility, for your effort and hard work on November 23-24, 2005, to make the Thanks Giving meal an enjoyable experience for your fellow inmates and a smooth operation for the custody and supervising staff.

Orig: Central File
cc: Culinary File
Inmate

Writer:   *B. Areias SCC*
B. Areias, SCC
CTF-Central

DATE: 11/26/05            LAUDATORY            GENERAL CHRONO

---

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
                                                                       CDC-128 B (8-87)
NAME and NUMBER:   **PARKER, C.**      **J43369**        **BW-226U**

This inmate has completed the 12-week Anger Management Class conducted in the Protestant Chapel. He now knows: the ways to handles anger; understanding how pride, fear, lonliness and inferiority feed your anger; uncovering the myths that perpetuate anger; identifying learned patterns of relating, thinking, and behaving in your life that influence your anger. The 13-step interactive program was accomplished by the student. He now has the knowledge and understanding to deal with stress in a non-destructive manner. He is to be congratulated for his outstanding effort.

: C-File
cc : Chaplain
: Inmate

**Judge C. Lindsey**
Protestant Chaplain
CTF-Soledad

DATE   December 8, 2005       LAUDATORY CHRONO             INFORMATIONAL CHRONO