## PLACE OF RESIDENCE

B) Contra Costa County Parole Plans:

I will reside with my Mother and Father, Lamar and Maryann Parker at 6036 Dimm Way, Richmand, California 94805, (510) 236-0558, in our home receiving all the necessary assistance from them, including but not limited to food, shelter, transportation, etc... (see support letter section)

Alternative Residency;

In the event something unforeseen occurs, I have made arrangements to have housing, transportation, food and clothing at the following: (see support letter section)

* Leina & Tim Warren *
(sister & bother-n-law)
9836 Spindrift Way
Stockton, CA 95209
(209) 472-7253

## EMPLOYMENT

C) Employment Status:

Upon release I will be working at the following jobs: (see support letter section)

* Ruiz & Juarez Trucking *
42642 Newport Drive
Fremont, CA 94538
(510) 714-4951

* Lamar's Building & Maintenance *
6036 Dimm Way
Richmond, CA 94805
(510) 236-0558

Other Employment Opportunities offered to me upon release; (see support letter section)

* Bay G Enterprise *
824 E. 32½ Street
Houston, TX 77022
(713) 869-9896

# Miscellenous

15 CCR s 2282

Cal. Admin. Code tit. 15, s 2282

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
TITLE 15. CRIME PREVENTION AND CORRECTIONS
DIVISION 2. BOARD OF PRISON TERMS
CHAPTER 3. PAROLE RELEASE
ARTICLE 5. PAROLE CONSIDERATION CRITERIA AND GUIDELINES FOR LIFE
PRISONERS
This database is current through 1/10/2003, Register 2003, No. 02.

s 2282. Base Term.

(a) General. The panel shall set a base term for each life prisoner who is found suitable
for parole. The base term shall be established solely on the gravity of the base offense,
taking into account all of the circumstances of that crime. The base offense is the most
serious of all life offenses for which the prisoner has been committed to prison.

The base term shall be established by utilizing the appropriate matrix of base terms
provided in this section for the base offense of which the prisoner was convicted. The
panel shall determine the category most closely related to the circumstances of the crime.
The panel shall impose the middle base term reflected in the matrix unless the panel finds
circumstances in aggravation or mitigation.

If the panel finds circumstances in aggravation or in mitigation as provided in s 2283 or
2284, the panel may impose the upper or lower base term provided in the matrix, stating
the specific reason for imposing such a term. A base term other than the upper, middle or
lower base term provided in the matrix may be imposed by the panel if justified by the
particular facts of the individual case.

(c) Matrix for Kidnapping for Robbery or Ransom.

CIRCUMSTANCES

| 2282(c)<br><br>KIDNAP FOR ROBBERY OR RANSOM<br>Penal Code s 209 (in years<br>and does not include post<br>conviction credit provided<br>in s 2290) | A. Minor<br>Movement<br>Movement<br>was of<br>short<br>duration<br>and<br>resultant<br>location<br>would not<br>substant-<br>ially<br>increase<br>risk of<br>harm. | B. Extensive<br>Movement<br>Movement was<br>of<br>lengthly<br>duration<br>and<br>resultant<br>location<br>would sub-<br>stantially<br>increase<br>risk of<br>harm. | C.<br>Hostage<br>Victim<br>was<br>taken<br>as<br>hostage | D.<br>Planning<br>The crime<br>involved<br>intrica-<br>te prior<br>plannin-<br>g. |
|---|---|---|---|---|
| I.<br>Minor Injury<br>Victim unharmed or received<br>minor injury | 8-10-12 | 9-11-13 | 10-12-14 | 11-13-15 |
| II.<br>Victim Assaulted<br>Victim was sexually assulted<br>or otherwise seriously<br>injured or assaulted | 9-11-13 | 10-12-14 | 11-13-15 | 12-14-16 |
| III<br>Major Injury<br>Victim's major injuries<br>required extensive<br>treatment or the victim was<br>seriously disabled. | 10-12-14 | 11-13-15 | 12-14-16 | 13-15-17 |
| IV<br>Death<br>Victim died. | Use matrix provided in Section 2282(b). | | | |

(b) Matrix of Base Terms for First Degree Murder.

CIRCUMSTANCES

| 2282(b) | A. Indirect | B. Direct or Victim Contribution | C. Severe Trauma | D. Torture |
|---|---|---|---|---|
| FIRST DEGREE MURDER Penal Code s189 (in years and does not include post conviction credits as provided in s 2290) | Victim died of causesre- lated to the act of the prisoner but was not directly assulted by prisoner with deadly force; e.g., shock producing heart attack; a crime partner actually did the killing. | Death was almost immediate or resulted at least partially from contributing factors from the victim; e.g., victim initiated struggle or had goaded the prisoner. This does not include victims acting in defense of self or property. | Death r- esult- ed from severe trauma infli- cted with deadly inten- sity; e.g, beati- ng, c- lubbi- ng, s- tabbi- ng, s- trang- ulati- on, s- uffoc- ation, burni- ng, m- ultip- le wounds infli- cted with a weapon not r- esult- ing in immed- iate death or ac- tions calcu- lated to induce terror in the victi- m. | Victim was su- bjected to the prolon- ged in- flicti- on of physic- al pain through the use of non- deadly force prior to act result- ing in death. |
| I. Participating Victim Victim was accomplice or otherwise implicated in a | 8-10-13 | 10-12-14 | 11-13-15 | 13-15-17 |

criminal act with the
prisoner during which or as
a result of which the death
occurred; e.g, crime
partner, drug dealer, etc.

---------------------------------------------------------------------

II. Prior Relationship          10-12-14        12-14-16      13-15-17   15-17-19
Victim was involved in a
  personal relationship with
  prisoner (spouse, family
  member, friend, etc.) which
  contributed to the
  motivation for the act
  resulting in death. If
  victim had a personal
  relationship but prisoner
  hired and/or paid a person
  to commit the offense, see
  Category IV.

---------------------------------------------------------------------

III. No Prior Relationship      11-13-15        13-15-17      14-16-18   16-18-20
Victim had little or no
  personal relationship with
  prisoner; or motivation for
  act resulting in death was
  related to the
  accomplishment of another
  crime; e.g, death of victim
  during robbery, rape, or
  other felony.

---------------------------------------------------------------------

IV. Threat to Public Order or   13-15-17        15-17-10      16-28-20   18-20-22
  Murder for Hire
The act resulting in the
  victim's death constituted
  a threat to the public
  order include the murder of
  a police officer, prison
  guard, public official,
  fellow patient or prisoner,
  any killing within an
  institution, or killing
  where the prisoner hired
  and/or paid another person
  to commit the offense.

---------------------------------------------------------------------

SUGGESTED BASE TERM

# EMERGENCY MANAGEMENT INSTITUTE

## *Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

### CLIFFORD PARKER

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-139
Exercise Design**

*Issued this 12th Day of July, 2004*

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

**UNITED STATES FIRE ADMINISTRATION**

---

# EMERGENCY MANAGEMENT INSTITUTE

## *Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

### CLIFFORD PARKER

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-195
Basic Incident Command System**

*Issued this 26th Day of July, 2004*
1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

**UNITED STATES FIRE ADMINISTRATION**

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-235**
**Emergency Planning**

Issued this 19th Day of April, 2004

1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-241**
**Decision Making & Problem Solving**

Issued this 12th Day of April, 2004

0.8 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-242**

**Effective Communication**

*Issued this 19th Day of April, 2004*

0.8 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-244**

**Developing and Managing Volunteers**

*Issued this 14th Day of June, 2004*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**IS-301**
**Radiological Emergency Response**

Issued this 14th Day of June, 2004
1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**IS-346**
**Hazardous Materials for Medical Personnel**

Issued this 07th Day of June, 2004
1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**IS-513**

**The Professional in Emergency Management**

*Issued this 26th Day of July, 2004*

1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**IS-279**

**Retrofitting Flood Prone Residential Structures**

*Issued this 12th Day of April, 2004*

1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

### CLIFFORD PARKER

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-393**

**Introduction to Mitigation**

Issued this 23rd Day of August, 2004

1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

### CLIFFORD PARKER

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-394**

**Mitigation for Homeowners**

Issued this 23rd Day of August, 2004

1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**Department of Homeland Security IS-007**
**A Citizen's Guide to Disaster Assistance**

*Issued this 12th Day of October, 2004*
1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**Department of Homeland Security IS-386**
**Introduction to Residential Coastal Construction**

*Issued this 12th Day of October, 2004*
1.4 CEUs

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**Department of Homeland Security IS-120**
**An Orientation to Community Disaster Exercises**

*Issued this 30th Day of September, 2004*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**Department of Homeland Security IS-600**
**Special Considerations for FEMA PA Projects**

*Issued this 30th Day of September, 2004*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**Department of Homeland Security IS-275**
**Role of the Emergency Operations Center**
**in Community Preparedness, Response & Recovery**

*Issued this 12th Day of October, 2004*
1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**Department of Homeland Security IS-288**
**Role of Voluntary Agencies in Emergency Mgmt**

*Issued this 12th Day of October, 2004*
1.0 CEU

Stephen G. Sharro
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION



EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**Department of Homeland Security IS-230**
**Principles of Emergency Management**

*Issued this 21st Day of October, 2004*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

---

EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**CLIFFORD PARKER**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

**Department of Homeland Security IS-240**
**Leadership & Influence**

*Issued this 21st Day of October, 2004*

0.9 CEU

**Stephen G. Sharro**
*Director, Training Division*

UNITED STATES FIRE ADMINISTRATION

STATE OF CALIFORNIA

**Creekside Adult School**

# CERTIFICATE OF COMPLETION

awarded to

## Clifford Parker

who is hereby honored and congratulated

for successfully completing the following course of study:

General Educational Development

G.E.D.

December 03, 1996

Date

Adult Basic Education

Instructor

Supervisor of Academic/Vocational Instruction

Log # __GH96135__

WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES
Accreditation No. 039500099

STATE OF CALIFORNIA

# Creekside Adult School

# CERTIFICATE OF COMPLETION

awarded to

## Clifford Parker

who is hereby honored and congratulated

for successfully completing the following course of study:

### ABE Arithmetic
A01.01

Adult Basic Education

November 28, 1996

Date

Instructor

Supervisor of Academic/Vocational Instruction



Log # __GH96134__

# Certificate of Award

*This Certifies that*

Mr. Parker

of

Creekside Recreation Department

*has been awarded this certificate for*

"March Madness" 5-on-5 Basketball 1st Place Finishers

Eric J. Bergen
Recreation Clerk

Date    April 9, 1998

Ed Gonzalez
Physical Education & Recreation



# Certificate of Award

*This Certifies that*

MR. PARKER

*of*

CREEKSIDE RECREATION

*has been awarded this certificate for*

FIRST PLACE - BASKETBALL TOURNAMENT

KENNETH M. CASEY
RECREATION AIDE

*Date* JULY 1, 1998

ED GONZALEZ
DIRECTOR OF RECREATION

# Certificate of Award

*This Certifies that*

MR. PARKER

of

CREEKSIDE RECREATION

has been awarded this certificate for

1997 SUPERBOWL CHAMPION

D. YOUNG
2/W RECREATION COMMITTEE

*Date*    NOVEMBER 15, 1997

ED GONZALEZ
DIRECTOR OF RECREATION

# Certificate of Award

*This Certifies that*

MR. PARKER

*of*

CREEKSIDE RECREATION

*has been awarded this certificate for*

1997 BASKETBALL LEAGUE CHAMPIONSHIP

*Date* NOVEMBER 5, 1997

D. YOUNG
2/W RECREATION COMMITTEE

ED GONZALEZ
DIRECTOR OF RECREATION



# Certificate of Award

*This Certifies that*

KALIPO PARKER

*has been awarded this certificate for*

CREEKSIDE RECREATION 4 REALS

1997 FIELDER OF THE YEAR

J. YOUNG
SOFTBALL COMMISSIONER

KENNETH N. CASE
SOFTBALL LEAGUE STATISTICIAN

Date SEPTEMBER 20, 1997

ED GONZALES
DIRECTOR O RECREATION

# Certificate of Award

*This Certifies that*

KALIDO PARKER

of

CREEKSIDE RECREATION - 4 REALS

has been awarded this certificate for

1997 NATIONAL LEAGUE ALL-STAR TEAM

D. YOUNG
SOFTBALL COMMISSIONER

KENNETH M. CASEY
SOFTBALL LEAGUE STATISTICIAN

Date    SEPTEMBER 20, 1997

ED GONZALEZ
DIRECTOR OF RECREATION

# Certificate of Award

## This Certifies that

### MR. PARKER

of

CREEKSIDE RECREATION

has been awarded this certificate for

1996 BASKETBALL CHAMPION

_D. YOUNG_
2/W RECREATION

Date _____ OCTOBER 1996

ED GONZALEZ
DIRECTOR OF RECREATION

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                      CDC-128 D (8-87)
NAME and NUMBER    **PARKER**                      J43369            **BW-226U**

Inmate PARKER, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics
A~ nymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays
.ween 1030 and 1230 hours. Mr. PARKER has been a contributing member of this group since
September, 1998, Mr. PARKER has positively participated and shown his ability to understand and
comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr.
PARKER is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous /
Narcotics Anonymous here at CTF-Central Facility.

ORIG   :   CENTRAL FILE
cc     :   INMATE **PARKER**                    **DAVE RODRIGUEZ**
       :   SPONSOR                              Alcoholics Anonymous / Narcotics Anonymous Sponsor
                                                CTF-Central Facility

**DATE** March 31, 2006    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    **INFORMATIVE CHRONO**

---

NAME and NUMBER            PARKER J43369, BW226U               CDC-128-B (Rev. 4/74)

Inmate PARKER, J43369, has been assigned to position # MTPFC.009 (MCUT MEAT CUTTER), since 9/13/03. His duties are
complex and challenging. The Food Service Butcher Shop is responsible for receiving, storing, and rotating a very large quantity of
food items and supplies for entire CTF Tri-Facility. In addition, the Butcher Shop is required to count, process, cut, slice and ship out
variety of meat items to be utilized by entire CTF Soledad. He maintains a disciplinary free record and is willing to follow instructions.
He follows all required safety guidelines while performing his assigned tasks. His teamwork and exceptionally positive attitude create a
healthy and safe work environment and his displayed efforts ensure the smooth operation of this department. Inmate PARKER, in my
opinion, has proven that he possesses necessary skills to obtain a respectable employment upon release from prison. He should be
able to benefit from his marketable skills in meat cutting and shipping and handling business. Mr. PARKER should be commended for
his extraordinary efforts and positive behavior.

Orig:  Central File
Cc:    Unit I CC-II                            L. Rodriguez, Correctional Supervising Cook
       Unit I CC-I                             Food Service Butcher Shop Supervisor
       Culinary File                           CTF Central Facility
       Inmate                                  Ex. 4821

**DATE: 10/20/05**              **LAUDATORY**                **GENERAL CHRONO**

---

IAME AND NUMBER:       **PARKER, J-43369**        CTF BW-226U              CDC-128-C

inmate **PARKER, J-43369** is an active and insightful participant in my self-esteem group. The group meets every
/eek for one hour. Inmate **PARKER, J-43369** shares relevant personal feelings and experiences with the group. His
nergy and enthusiasm for self-improvement will assist him to be a positive and productive citizen upon his release.

)rig:  C-File
:opy:  Inmate                              **D. WOODS, M.D.**
       MH File                             Staff Psychiatrist
       Medical File                        Correctional Training Facility
       CCI

                                           DOROTHY LONGSTRE...
                                           C027841 LL1176065

ATE: January 19, 2006         **PARKER, J-43369**        MEDICAL-PSYCHIATRIC-DENTAL

NAME and NUMBER    **PARKER**                        **J43369**            **BW-226U**

Inmate PARKER, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG    :   CENTRAL FILE
cc      :   INMATE PARKER    
        :   SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

DATE    12-30-2005    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    INFORMATIVE CHRONO

---

NAME and NUMBER    PARKER            J43369    BW226U            CDC-128-B (Rev. 4/74)

I, hereby, would like to thank you, on behalf of the Central Facility, for your effort and hard work on November 23-24, 2005, to make the Thanks Giving meal an enjoyable experience for your fellow inmates and a smooth operation for the custody and supervising staff.

cg: Central File
cc: Culinary File
    Inmate                                        Writer:    *Bareias SCC*
                                                            B. Areias, SCC
                                                            CTF-Central

DATE: 11/26/05                    LAUDATORY                        GENERAL CHRONO

---

STATE OF CALIFORNIA                            DEPARTMENT OF CORRECTIONS AND REHABILITATION
NAME and NUMBER:    **PARKER, C.**        **J43369**        **BW-226U**    CDC-128-B (8-87)

This inmate has completed the 12-week Anger Management Class conducted in the Protestant Chapel. He now knows: the ways to handles anger; understanding how pride, fear, lonliness and inferiority feed your anger; uncovering the myths that perpetuate anger; identifying learned patterns of relating, thinking, and behaving in your life that influence your anger. The 13-step interactive program was accomplished by the student. He now has the knowledge and understanding to deal with stress in a non-destructive manner. He is to be congratulated for his outstanding effort.

    :   C-File
    :   Chaplain
cc  :   Inmate

**Judge C. Lindsey**
Protestant Chaplain
CTF-Soledad

DATE    December 8, 2005        LAUDATORY CHRONO                    INFORMATIONAL CHRONO

NAME and NUMBER    PARKER    J-43369    B-09-232L    OTH

CDC-128-B (Rev. 4-74)

In 12/19/96, Inmate Clifford L. Parker    earned t}  *2-ea.*    he GED Test:

TEST 1 Writing Skills ___46___
2 Social Studies ___54___
3 Science ___52___
4 Int. Lit. and Arts ___55___    Passed
5 Mathematics ___52___    ~~Failed~~
TOTAL ___259___
Standard Score Average ___51___

Orig: Central File, Literacy Coordinator
cc: CC I
    Education File
    Writer
    Inmate

DATE  1/27/97    (Informative)

L. Harter
Academic Instructor, Fac. "C"
MCSP/Ione

MCSP/Ione

GENERAL CHRONO

---

NAME Parker, K _____  NUMBER: J43369  CTF - B-226U  CDC-128-C

Thank you for your interest in the Self-Esteem for Lifers Group. Due to overwhelming demand and limited space, your name has been place on the waiting list for this group. You will be contacted by priority ducat when a space becomes available.

g: C-File
cc: Control
    Inmate
    MH File
    Medical File

Date: 3/28/05

C. Brown, PhD
**C. BROWN, Ph.D.**
Clinical Psychologist
Correctional Training Facility, Soledad

MEDICAL-PSYCHIATRIC-DENTAL

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (8-87)

NAME and NUMBER    **PARKER**    **J43369**    **BW-226U**

Inmate PARKER, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. PARKER has been a contributing member of this group since September, 1998. Mr. PARKER has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. PARKER is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

cc: CENTRAL FILE
    INMATE PARKER
    SPONSOR



**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

DATE    09-30-2005    *LAUDATORY A.A./N.A. PARTICIPATION CHRONO*    INFORMATIVE CHRONO

NAME and NUMBER **CLIFFORD LELIKONA PARKER**   J-43369   BW-226

CDC-128-B (Rev. 4/

This student has successfully completed 12 weeks of prescribed studies in the CTF-Central Chapel Discipleship Program: **Christian Basics Class (C.B.C.).** In this class he learned practical biblical application dealing with the Christian lifestyle. He has effectively acquired a practical knowledge the Christian role plays in today's society, as well as assimulating execellent methods in making moral life-choices while in prison or on parole. This student is to be commended for his efforts, participation, self-sacrifice, sincere dedication, and personal commitment displayed in this class.

Original:  C-file
           Chapel File
           Inmate

_____
Rev. Judge C. Lindsey
Protestant Chaplain
CTF-Central

DATE  JANUARY 24, 2005    **(Laudatory Chrono)**    GENERAL CHRONO

---

NAME: PARKER, C.    NUMBER: J43369    CELL: BW-226

I/M **PARKER** has completed Dr. Thomas Gordon's Family Effectiveness Training/Harmony in the Home self-help program. This program consists of six two-hour sessions covering the following topics: A Credo for Your Relationships; Participative Rule-Setting; Solving Problems You Own; The Pitfalls of Punishments and Rewards; Helping Others Find Solutions to Their Own Problems; Resolving Conflicts Peacefully/Anger Management; Dealing with Values, Collisions, and Courage for Learning the Skills – Rewards for Using Them. This program is recognized by CTF Psychology staff as a beneficial limited instruction self-help program.

INSTITUTION/FACILITY  **CTF Central**

Original C-File
  CC: CCI
     Inmate

_____
R. Cauntay
Sr. Librarian
Program Facilitator

Date: 2/24/05    **Information Chrono**    CDC-128B

---

NAME AND NUMBER    PARKER, C. J-43369 B-226U    CDC - 128-B (REV. 4/74)

Inmate **PARKER**, J-43369, B-226U is to be commended for his generous participation and contribution to the 2004, Annual Christmas Banquet, held on December 16, 2004. Inmate **PARKER** assisted in the preparing and cooking of the entire meal, as well as assisting, coordinating, developing, and production of this year's event and he is also to be commended for his positive enthusiasm and professionalism in making this year's event a complete success.

Original  :  Central File
CC  :  file
      :  Inmate

_____
Judge C. Lindsey
Protestant Chaplain
Correctional Training Facility

DATE  February 20, 2005    LAUDATORY    GENERAL CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128-B (8-87)

**NAME and NUMBER**    **PARKER**    **J43369**    **BW-226U**

Inmate **PARKER, J43369, BW-226U**, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG : CENTRAL FILE
cc : INMATE PARKER,
     : SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**    03-31-05    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    **INFORMATIVE CHRONO**

---

NAME and NUMBER    PARKER    J43369

CDC- 128-B(Rev  10/92)
CTF- 856(Rev  10/92)

INFORMATIONAL   CHRONO

Inmate  PARKER, C        CDC#  J-43369   Assignment MEATCUTER
Received Training on CAL/OSHA Hazardous Communication standard, "Right to Know".
Additional Training Included safe handling and disposal of Hazardous Materials and Waste.

Inmate Signature                    Staff  Signature

CC: Inmate File
    Assignment Lt.
    Hazardous Materials Coordinator
    Inmate Copy
    Unit

DATE:    3/10/06    C.T.F    SOLEDAD    HAZARDOUS  MATERIALS  CHRONO

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

**NAME and NUMBER**    **PARKER**    **J43369**    **BW-226U**

Inmate **PARKER, J43369, BW-226U**, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG : CENTRAL FILE
cc : INMATE PARKER
     : SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

DATE    06-30-2005    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    **INFORMATIVE CHRONO**

NAME and NUMBER          PARKER  J43369, BW226U                          CDC-128-B (Rev 4/74)

Inmate PARKER, J43369, has been assigned to position # MTPFC.009 (MCUT  MEAT CUTTER), since 9/13/03. His duties are complex and challenging. The Food Service Butcher Shop is responsible for receiving, storing, and rotating a very large quantity of food items and supplies for entire CTF Tri-Facility. In addition, the Butcher Shop is required to count, process, cut, slice and ship out variety of meat items to be utilized by entire CTF Soledad. Inmate PARKER's skills and knowledge of meat cutting and stoning has been exceptional. He maintains a disciplinary free record and his willingness to follow instructions is noteworthy. He is always on time and follows all required safety guidelines while performing his assigned tasks. His teamwork and exceptionally positive attitude creates a healthy and safe work environment and his displayed efforts ensures the smooth operation of this department. Inmate PARKER, in my opinion, has proven that he possess necessary skills and courage to obtain a respectable employment upon release from prison. He should be able to benefit from his marketable skills in meat cutting and shipping and handling business. Mr. PARKER should be commended for his extraordinary efforts and positive behavior.

Orig:  Central File
Cc:    Unit I CC-II
       Unit I CC-I
       Culinary File
       Inmate

D. Paige Jr., Correctional Supervising Cook
Food Service Butcher Shop Supervisor
CTF Central Facility
Ex. 4821

**DATE: 07/19/04**                  **LAUDATORY**                    **GENERAL CHRONO**


NAME and NUMBER          PARKER     J-43369          BW-226-U          CDC-128-B (Rev. 4/74)

Inmate Parker, is to be commended for his generous contribution for this years Easter Banquet, held April 22, 2004.  This annual event includes volunteer time for preparing and the actual cooking of the meal.  Inmate Parker assisted with coordination, development, and production of this event and is commended for his positive enthusiasm and professionalism in making this event a complete success.

Orig cc:C-file
        Chaplain
        Inmate

Rev. Judge C. Lindsey
Protestant Chaplain
CTF-Central

DATE    AUGUST 31, 2004      (Laudatory Chrono)        GENERAL CHRONO


STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
                                                        CDC-128 B (8-87)

NAME and NUMBER  **PARKER**                **J43369**          **BW-226U**

Inmate **PARKER, J43369, BW-226U,** has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility.  The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours.  Mr. **PARKER** has been a contributing member of this group since September,1998.  Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques.  Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

      :  CENTRAL FILE
      :  INMATE PARKER,  ◄━━━ III
      :  SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

DATE    09/30/04      *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

NAME   PARKER, C        NUMBER   J43369        C      B-226U      CDC-128B

Inmate PARKER, C J43369 has successfully completed a course in the cause, prevention, treatment and management of HIV/AIDS.

Original:      Central File
cc:            IPEP File
               Inmate

                                   _L. Tyler Kinney_
                                   Peer Education Coordinator

                                                         C-3905
DATE: 3/24/04                                   GENERAL CHRONO

---

NAME   PARKER, C        NUMBER   J43369        CELL   B-226U      CDC-128B

Inmate PARKER, C J43369 has successfully completed a course in the cause, prevention, treatment and management of Hepatitis.

Original:      Central File
cc:            IPEP File
               Inmate

                                   _L. Tyler Kinney_
                                   Peer Education Coordinator

                                                         C-3946
DATE: 4/14/04                                   GENERAL CHRONO

---

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
                                                       CDC-128 B (8-87)

NAME and NUMBER      **PARKER**              **J43369**       **BW-226U**

Inmate **PARKER, J43369, BW-226U**, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

G  :  CENTRAL FILE
   :  INMATE PARKER,
   :  SPONSOR

                                   **DAVE RODRIGUEZ**
                                   Alcoholics Anonymous / Narcotics Anonymous Sponsor
                                   CTF-Central Facility

DATE    06/30/04    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    INFORMATIVE CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME and NUMBER     **PARKER**                    **J43369**          **BW-226U**

Inmate PARKER, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility.  The meetings are held in the Dining Hall #2 on Saturdays between 1030 and ___ ours.  Mr. PARKER has been a contributing member of this group since September, 1998.  Mr. PARKER has p__ ively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques.  Mr. PARKER is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

*Due to budgetary restraints and redundant lockdowns, this chrono covers both 2nd and 3rd quarters of 2003.*

ORIG    :   CENTRAL FILE
cc      :   INMATE PARKER,
        :   SPONSOR

_DAVE RODRIGUEZ_
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**    11/02/03          *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME and NUMBER     **PARKER**                    **J43369**          **BW-226U**

Inmate PARKER, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility.  The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours.  Mr. PARKER has been a contributing member of this group since September, 1998.  Mr. PARKER has positively participated and shown his ability to understand and con___ehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques.  Mr. __ _KER is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / __arcotics Anonymous here at CTF-Central Facility.

ORIG    :   CENTRAL FILE
cc      :   INMATE PARKER,
        :   SPONSOR

DAVE RODRIGUEZ
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**    12/31/03          *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME and NUMBER     **PARKER**                    J43369          BW-226U

Inmate PARKER, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility.  The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours.  Mr. PARKER has been a contributing member of this group since September, 1998.  Mr. PARKER has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques.  Mr. PARKER is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG    :   CENTRAL FILE
cc      :   INMATE PARKER, J43369
        :   SPONSOR

DAVE RODRIGUEZ
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**    04/01/2004          *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

NAME and NUMBER

Inmate **PARKER**, J43369, BW-⌣  , has been actively attending the ⌣  coholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since 9/1/98. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of t welve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG   :   CENTRAL FILE
cc     :   INMATE PARKER,
       :   SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**   12-31-02        *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*        **INFORMATIVE CHRONO**

---

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME and NUMBER        **PARKER**                **J43369**        **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an contributing member of this group since 9/1/98. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous her  t CTF-Central Facility.

ORIG   :   CENTRAL FILE
cc     :   INMATE PARKER,
       :   SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**   10-01-02        *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*        **INFORMATIVE CHRONO**

---

STATE OF CALIFORNIA

DEPARTMENT   CORRECTIONS
)C-128 B (8-87)

NAME and NUMBER        **PARKER**                **J43369**        **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

⊃P    :   CENTRAL FILE
       :   INMATE PARKER,
       :   SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**   07-01-02        *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*        **INFORMATIVE CHRONO**

NAME and NUMBER    PARKER    J43369    BW-319U

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG : CENTRAL FILE
cc : INMATE PARKER,
: SPONSOR



**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE** 03/10/02    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    **INFORMATIVE CHRONO**

---

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME and NUMBER    **PARKER**    **J43369**    **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG : CENTRAL FILE
cc : INMATE PARKER,
: SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE** 01/01/02    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    **INFORMATIVE CHRONO**

---

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS
CDC-128 B (8-87)

NAME and NUMBER    **PARKER**    **J43369**    **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

: CENTRAL FILE
cc : INMATE PARKER,
: SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE** 09-30-01    *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*    **INFORMATIVE CHRONO**

NAME and NUMBER     **PARKER**                    **J43369**          **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

ORIG    : CENTRAL FILE
cc      : INMATE PARKER,
        : SPONSOR

**DATE**   07/01/01          *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

---

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
                                                       CDC-128 B (8-87)

NAME and NUMBER     **PARKER**                    **J43369**          **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an active member of this group since 09/01/1998. Mr. **PARKER** has positively participated in the Twelve Steps Programs afforded in this group and has shown his ability to understand and cope with his addition, always placing his recovery first and foremost. Mr. **PARKER** is to be lauded for his continued participation and contribution to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

ORIG    : CENTRAL FILE
cc      : INMATE PARKER,
        : CRM

**DATE**   11/12/2000          *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

---

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
                                                       CDC-128 B (8-87)

NAME and NUMBER     **PARKER**                    **J43369**          **BW-319U**

Inmate **PARKER**, J43369, BW-319U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an active member of this group since 09/01/1998. Mr. **PARKER** has positively participated in the Twelve Steps Programs afforded in this group and has shown his ability to understand and cope with his addition, always placing his recovery first and foremost. Mr. **PARKER** is to be lauded for his continued participation and contribution to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

        : CENTRAL FILE
cc      : INMATE PARKER,
        : CRM

**DATE**   09/21/2000          *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*          INFORMATIVE CHRONO

NAME and NUMBER    **PARKER**                    **J43369**        **BW-319U**

Inmate **PARKER**, **J43369**, **BW-319U**, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous Narcotics Anonymous here at CTF-Central Facility.

ORIG   :  CENTRAL FILE
cc     :  INMATE PARKER,
       :  SPONSOR

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**   07/01/01      *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*        **INFORMATIVE CHRONO**

---

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                      CDC-128 B (8-87)

NAME and NUMBER    **PARKER**                    **J43369**        **BW-319U**

Inmate **PARKER**, **J43369**, **BW-319U**, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an active member of this group since 09/01/1998. Mr. **PARKER** has positively participated in the Twelve Steps Programs afforded in this group and has shown his ability to understand and cope with his addition, always placing his recovery first and foremost. Mr. **PARKER** is to be lauded for his continued participation and contribution to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

ORIG   :  CENTRAL FILE
cc     :  INMATE PARKER,
       :  CRM

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**   11/12/2000     *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*        **INFORMATIVE CHRONO**

---

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                      CDC-128 B (8-87)

NAME and NUMBER    **PARKER**                    **J43369**        **BW-319U**

Inmate **PARKER**, **J43369**, **BW-319U**, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been an active member of this group since 09/01/1998. Mr. **PARKER** has positively participated in the Twelve Steps Programs afforded in this group and has shown his ability to understand and cope with his addition, always placing his recovery first and foremost. Mr. **PARKER** is to be lauded for his continued participation and contribution to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

       :  CENTRAL FILE
cc     :  INMATE PARKER,
       :  CRM

**DAVE RODRIGUEZ**
Alcoholics Anonymous / Narcotics Anonymous Sponsor
CTF-Central Facility

**DATE**   09/21/2000     *LAUDATORY A.A / N.A. PARTICIPATION CHRONO*        **INFORMATIVE CHRONO**

NAME and NUMBER     **PARKER**

nmate **PARKER, J43369, BW319U**, is an active member in the **Men's Advisory Council** and has participated in the :001, Annual Correctional Training Facility Christmas / Holiday festival. This Annual event helps to bridge the gap ,et⸱⸱⸱ inmates and their families during the holiday season, keeping with the Department of Corrections Mandates, vl specifically "The value of visiting as a means to establish and maintain meaningful family and community elaıonships is recognized and encouraged." Inmate **PARKER** assisted with the fundraising, coordination, levelopment and production of this event and should be commended for his positive enthusiasm and professionalism n making this program a complete success.

ORIG : C-File
cc : Unit File
 : CC-I
 : Inmate
 : Writer

**J. SELVIDGE**
Festival Sponsor
CTF-NORTH FACILITY

**J. HAMLET**
Warden
CTF-Soledad

DATE     12/10/01          INFORMATIVE / LAUDATORY          CTF-N          INFORMATIVE CHRONO

---

NAME     PARKER, C          NUMBER     J43369          CELL     BW-319U          CDC-128B

Inmate PARKER J43369 is to be commended for his generous contribution to the Annual Children's Holiday Festival and for meeting the challenge of continued progress for inmates and their children. The Children's Holiday Festival is an annual event that symbolizes family and unity. The sponsors wish to thank Inmate PARKER for giving to children who are in need of our support. Inmate PARKER's contribution made it p ıible to provide food, entertainment and gifts to each and every child in attendance. Additionally, Inmate ⸱ARKER's contribution helped to support the MAC's first Annual Children's Holiday Festival, a tradition that . ll live on for many years to come.

Original: C-File
cc: Writer
 Inmate

**B. Crawford, CC II**
Festival Co-Sponsor

ATE: November 30, 2001          Laudatory Chrono          **GENERAL CHRONO**

---

CDC-128-B (Rev. 4/74)

**NAME and NUMBER**          **PARKER     J43369     BW-319U**

Inmate PARKER, J43369, BW-319U, has successfully completed the fourteen-week IMPACT workshop. IMPACT program is a self-help group and designed to provide an opportunity for education and awareness as to the profound negative impact of crime on its victims. Throughout these fourteen weeks the inmate participants were actively engaged in an open dialogue covering many areas of crime from Domestic / Sexual assault, Violent crimes, to Drug and Alcohol related crimes. IMPACT is a voluntary self-help group and received support from outside agencies such as Monterey County D.A.'s Office (Victim's Rights), M.A.D.D., Men's Alternative To Violence, Social Services, Women's Crisis Center, and the Second Chance. Inmate PARKER is commended for his participation and willingness to gain insight and empathy for the victims of crime.

M.V. Guerra, Facility Captain
IMPACT Program Coordinator
Correctional Training Facility

Original: Central File
CC: IMPACT File
 Writer
 Inmate

DATE: 10/16/2000          **LAUDATORY**          **GENERAL CHRONO**

NAME and NUMBER    PARKER J-43369 B8-246L                              CDC-128-8 (Rev. 2

SUBJECT: APPRECIATION FOR PARTICIPATION IN THE '97 POMO/PACIFIC ISLANDER DANCE
         VIDEO

Inmate **PARKER** has participated in the Arts in Corrections' '97 Pomo/Pacific Islander
Dance Video. He is to be commended for his willingness to give of himself and his efforts
to share his talent with the rest of the inmate community.

Orig: C-File
  cc: E. Jensen, AIC                        Everett Jensen
      Inmate                                Institution Artist Facilitator
                                            Mule Creek State Prison


DATE  February 25, 1998        Laudatory Chrono              GENERAL CHRONO

---

### PARKER J-43369 B8-246L

NAME and NUMBER                                               CDC-128-8 (Rev. 4/74

This inmate is to be commended for his voluntary participation and completion of a course entitled
"Seven Habits of Highly Effective People". The class was based on S. Covey's best selling book (of the
same title), which emphasizes values, principles, integrity, and successful relationships.  Group
discussion and homework were required activities. Participants learned assertive communication skills,
the importance of understanding others, goal setting, and making proactive choices.  His attitude,
attendance and participation were good. The course was held from July through September 1997.

ORIG - C FILE                           **M. MERRITT, CCII**
cc   - inmate                           **Program Specialist**


DATE   11/14/97    7 HABITS OF HIGHLY EFFECTIVE PEOPLE COURSE - MCSP    GENERAL CHRONO

---

### PARKER J-43369 B8-246L

NAME and NUMBER                                               CDC-128-8 (Rev. 4/74

This inmate is to be commended for his voluntary participation in a 12 session course entitled,
"Framework for Recovery".  The course curriculum focuses on personal development through the
improvement of attitudes, motivation, self-talk, and by increasing empathy and understanding others. It is
a cognitive, behavioral program that provides participants with new information and practical "tools" for
self improvement.  It is a video based course that includes workbook exercises, and small group and
large group discussions.  This inmate displayed a good attitude and his attendance and participation
were good.

                                        **M. MERRITT, CCII**
ORIG - C FILE                           **Program Specialist**
cc   - inmate


DATE   09/10/97    STOP PROGRAM PARTICIPATION - MCSP        GENERAL CHRONO

NAME  PARKER, C          NUMBER  J43369          CELL  BW-319U    CDC-128B

:ate PARKER, C J43369 has successfully completed a course in the cause, prevention, treatment and
.nagement of Sexually Transmitted Disease.

Original:    Central File
cc:          IPEP File
             Inmate

*L. Strauss*

Peer Education Coordinator

**C-0450**
**GENERAL CHRONO**

DATE: 11/18/99

IAME and NUMBER  PARKER, K.          J-43369    CTF-B-319          CDC-128-B (Rev. 4/74)

Inmate   PARKER, K.      has successfully completed a course
in the cause, treatment, prevention and management of tuberculosis.

`riginal: Central File
    cc: IPEP File
        Inmate

*L. Strauss*

Peer Edcuation Coordinator

C0373

`ATE    10/25/99                              GENERAL CHRONO

---

STATE OF CALIFORNIA                                                           CDC 128 B (Rev. 4/74)

NAME (LAST, FIRST)   PARKER,                  NUMBER   J43369    HOUSING   BW319U

.isted below are your scores on the **Pre-Vocational Test** that was given on **1999-10-04**, for placement in the **"Office Equipment Electronics**
. Computer )" or "Computer Refurbishing Production."** Based on your scores, a referral to Unit Classification with the following
`ecommendation:

<u>95%</u> ACADEMIC      ☐   Removal from Vocational Computer Refurbishing Waiting List (Test Scores are below 70%);

<u>50%</u> COMPUTER      ☒   Placement on Vocational Office Equipment Electronics (Computer ) "Classroom" Waiting List;

                        ☐   Placement on Computer Refurbishing "Production" Waiting List;

Due to the uncertainty of workers' / students' movement, it is hard to tell when you will be hired / enrolled in the program. Those not successful
n thi   amination are encouraged to try again at a future date.
JR'   'AL   Central File
    JC:   Assignment Office
          CCI
          Inmate
          OEE/CRP

*Roger Y. Kolbo*

R. KOLBO, INSTRUCTOR
L. MOTHERWELL, ELECT. TECH
COMPUTER REFURBISHING PROGRAM
CTF- SOLEDAD

DATE:   October 6, 1999         OEE / CRP PRE-VOCATIONAL TEST              GENERAL CHRONO

STATE OF CALIFORNIA
CDC-128-E(Rev. 10/98)

DEPARTMENT OF CORRECTIONS

## EDUCATION PROGRESS REPORT

| BEHAVIOR/ASSESSMENT | | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|---|
| Adaptability | S | U | Vocational Title | | |
| Conduct | S | U | Academic | | |
| Cooperation | S | U | Adult High School | | |
| Dependability | S | U | General Education Development | | 0 |
| Initiative | S | U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

### Introduction To Business  (Semesters 1 & 2)

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 9/6/2005 | N/A | N/A | N/A |

COMMENTS SPECIFIC TO COURSE: Inmate Parker has completed the Business Education "Introduction To Business" course. He is to be commended for his outstanding efforts and diligent work. This is an in-cell study program for self-improvement.  Congratulations Mr. Parker keep up the good work

| Semester 1 | | Semester 2 | |
|---|---|---|---|
| Unit Average: | 94 | Unit Average: | 95 |
| Study Guide Average: | 95 | Study Guide Average: | 94 |
| Course Average: | 94 | Course Average: | 94 |
| Grade: | A | Grade: | A |
| Credits: | 5 | Credits: | 5 |

### VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER(PRINT NAME AND SIGN) | SUPERVISOR REVIEW |
|---|---|---|---|
| 6/1/06 | N/A | J. Kingston  *J. Kingston* | INITIALS |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Parker, C. | J-43369 | CTF-C |

**DISTRIBUTION:** White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

---

NAME AND NUMBER:     **PARKER, J-43369**          CTF BW-226U                    CDC-128-C

Inmate **PARKER, J-43369** has completed my Self-Esteem Group Therapy for lifers with flying colors. The group met for one hour every week for seven months, from November 15th 2005 through June 20th 2006.

Inmate **PARKER, J-43369** was an active and insightful participant in this group. He shared personal feelings and experiences with the group and listened carefully to their feedback. He also provided valuable and compassionate feedback for fellow group members on multiple significant life issues. He has been a great asset to our group discussions exhibiting a remarkably well-developed depth of understanding. He has participated creatively in my intentional and systematic use of drama/theatre processes to achieve psychological growth and change. He has wisely and fully integrated these new self-discoveries into his core personality. His energy and enthusiasm for self-improvement, learning and change will assist him to be a positive, creative and productive citizen upon his release.

Orig:  C-File
Copy:  Inmate
       MH File
       Medical File
       CCI

*D. Woods*
**D. WOODS, M.D.**
Staff Psychiatrist
Correctional Training Facility

DOROTHY LONGSTRETH WOODS, M.D.
C027641 BL1179995

**DATE:** June 20, 2006          **PARKER, J-43369**          MEDICAL-PSYCHIATRIC-DENTAL

NAME and NUMBER    PARKER    J-43369    B-09-232L    OTH    CDC-128-B (Rev. 4-74)

On 12/19/96, Inmate Clifford L. Parker earned the 2-ea. he GED Test:

TEST 1 Writing Skills        46
     2 Social Studies       54
     3 Science              52        Passed
     4 Int. Lit. and Arts   55        Failed
     5 Mathematics          52
       TOTAL                259
     Standard Score Average  51

Orig: Central File, Literacy Coordinator
cc:   CC I
      Education File                              L. Harter
      Writer                                      Academic Instructor, Fac. "C"
      Inmate                                      MCSP/Ione
DATE  1/27/97          (Informative)      MCSP/Ione

                                               GENERAL CHRONO

---

NAME Parker, K            NUMBER: J43369 CTF- B-226U   CDC-128-C

Thank you for your interest in the Self-Esteem for Lifers Group. Due to overwhelming demand and limited space, your name has been place on the waiting list for this group. You will be contacted by priority ducat when a space becomes available.

g:  C-File
cc:  Control
     Inmate                    C. Brown, Ph.D
     MH File                   C. BROWN, Ph.D.
     Medical File              Clinical Psychologist
                               Correctional Training Facility, Soledad
Date: 3/28/05

                               MEDICAL-PSYCHIATRIC-DENTAL

---

STATE OF CALIFORNIA                              DEPARTMENT OF CORRECTIONS
                                                 CDC-128-B (8-87)

NAME and NUMBER    **PARKER**              **J43369**        **BW-226U**

Inmate **PARKER**, J43369, BW-226U, has been actively attending the Alcoholics Anonymous / Narcotics Anonymous (Group "A") at CTF-Central Facility. The meetings are held in the Dining Hall #2 on Saturdays between 1030 and 1230 hours. Mr. **PARKER** has been a contributing member of this group since September, 1998. Mr. **PARKER** has positively participated and shown his ability to understand and comprehend all aspects of the Twelve Steps Programs, through his own self-improvement techniques. Mr. **PARKER** is to be lauded for his continued participation and positive contributions to Alcoholics Anonymous / Narcotics Anonymous here at CTF-Central Facility.

C    :  CENTRAL FILE
cc      INMATE PARKER          
        SPONSOR                        DAVE RODRIGUEZ
                                       Alcoholics Anonymous / Narcotics Anonymous Sponsor
                                       CTF-Central Facility

DATE    09-30-2005    *LAUDATORY A.A./N.A. PARTICIPATION CHRONO*    INFORMATIVE CHRONO



## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
#### (C.C.P. §§ 1013(A), 2015,5)

I, _____Clifford Lelikona Parker_____, declare:

I am over 18 years of age and I am party to this action. I am a

resident of CORRECTIONAL TRAINING FACILITY prison, in the County

of Monterrey, State of California. My prison address is:

> Clifford L. Parker____, CDCR #: _J-43369____
> CORRECTIONAL TRAINING FACILITY
> P.O. BOX 689, CELL #: _B-226U____
> SOLEDAD, CA  93960-0689.

On ___August 8    2007_____, I served the attached:

---

### "EXHIBITS IN SUPPORT OF HABEAS CORPUS PETITION"

---

on the parties herein by placing true and correct copies

thereof, enclosed in a sealed envelope (verified by prison

staff), with postage thereon fully paid, in the United States

Mail in a deposit box so provided at the above-named institution

in which I am presently confined. The envelope was addressed as

follows:

UNITED STATES DISTRICT COURT           OFFICE OF THE ATTORNEY GENERAL
NORTHERN DISTRICT OF CALIFORNIA        Attn: Supervising Deputy A.G.
450 Golden Gate Avenue                 455 Golden Gate Ave. Suite #11000
San Francisco, CA 94102-3483           San Francisco, CA 94102

I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

Executed on _August 8, 2007_ .

_____
Declarant