Clifford Ielikona Parker J-43369
CTF Central B-226u
P.O. Box 689
Soledad, CA 93960-0689

LEGAL-MAIL

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483