TO:     THE HONORABLE CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
        450 Golden Gate Avenue
        San Francisco, CA 94102-3483

FROM:   CLIFFORD LELIKONA PARKER J-43369

**FILED**

DEC - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

November 29, 2007

Re: <u>Notification of Change of Address</u>, PARKER V. KANE, C074215 SBA (PR)

The Honorable Clerk of the Court,

    I'm writing this brief letter to inform this Honorable Court of a <u>Change of Address</u> in the above entitled case.

    As of Wednesday November 28, 2007, my new mailing address is as follows:

        CLIFFORD LELIKONA PARKER J-43369 / 5-N-77L
            SAN QUENTIN STATE PRISON
           SAN QUENTIN, CALIFORNIA 94974

                Sincerely,

                Clifford Parker
                Petitioner

CLIFFORD LELIKONA PARKER J-43369
NORTH BLOCK 5-N-77L
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA 94974

* LEGAL - MAIL *

THE HONORABLE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102-3483