**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CLIFFORD L PARKER,                      No. C 07-04215 SBA (PR)

12              Petitioner,                  **ORDER TO SHOW CAUSE AND**
                                             **ADDRESSING PENDING MOTION**
13        v.

14   BEN CURRY, Warden,                      (Docket no. 1)

15              Respondent.
     _____/

16

17        Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  He has paid the $5.00 filing fee.  It does not appear from the face of the petition that

19   it is without merit.  Good cause appearing, the Court hereby issues the following orders:

20        1.   The Clerk of the Court shall serve a copy of this Order and the petition and all

21   attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State

22   of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

23        2.   Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**

24   **and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5

25   of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not

26   be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records

27   that have been transcribed previously and that are relevant to a determination of the issues presented

28   by the petition.

United States District Court
For the Northern District of California

1    3.    If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

2    the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should

3    Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days**

4    after the date Petitioner is served with Respondent's Answer.

5    4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer,

6    as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

7    If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

8    opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the

9    motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**

10   **days** of receipt of any opposition.

11   5.    It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

12   and Respondent informed of any change of address and must comply with the Court's orders in a

13   timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

14   Court by mailing a true copy of the document to Respondent's counsel.

15   6.    Extensions of time are not favored, though reasonable extensions will be granted.

16   Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline

17   sought to be extended.

18   7.    Petitioner's "Ex Parte Motion to Modify Habeas Petition Form" (docket no. 1) is

19   GRANTED.

20   8.    This Order terminates Docket no. 1.

21   IT IS SO ORDERED.

22   DATED: 3/26/08

     _Saundra B Armstrong_
     SAUNDRA BROWN ARMSTRONG
23   United States District Judge

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD L PARKER,

         Plaintiff,

  v.

BEN CURRY et al,

         Defendant.

_____/

Case Number: CV07-04215 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Lelikona Parker J-43369
California State Prison - San Quentin
San Quentin, CA 94974

Dated: March 26, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California

P:\PRO-SE\SBA\HC.07\Parker4215.OSC&pendingMOT.wpd